# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

WILLISTON ROYALTIES LLC,

      Plaintiff,

vs.

      Case No. CIV-23-1032-J

MUREX PETROLEUM
CORPORATION,

      Defendant.

## <u>NOTICE OF DISMISSAL WITH PREJUDICE</u>

Pursuant to FRCP 41(a)(1)(A)(i), Plaintiff Williston Royalties LLC voluntarily dismisses with prejudice its claims and causes of action against Defendant Murex Petroleum Corporation.

Dated this 18th day of January, 2024.

Respectfully submitted,

/s/ Erin L. O'Roke
David A. Elder, OBA No. 20687
Erin L. O'Roke, OBA No. 32787
HARTZOG CONGER CASON LLP
201 Robert S. Kerr Avenue, Suite 1600
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-7000
Facsimile: (405) 996-3403
delder@hartzoglaw.com
eoroke@hartzoglaw.com

**ATTORNEYS FOR PLAINTIFF,
WILLISTON ROYALTIES LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2024, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

/s/ Erin L. O'Roke
Erin L. O'Roke